Opinion issued October 13, 2008

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00783-CV






IN RE DAVID EDWARDS AND STEVEN POOCK, Relators






Original Proceeding On Petition For Writ Of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relators, David Edwards and Steven Poock,
seek mandamus relief directing the trial court to vacate its August 29, 2008 order
granting post-judgment discovery. 

We deny the petition for writ of mandamus.

 


Per Curiam


Panel consists of Justices Jennings, Hanks, and Bland. 

1. The underlying case is Washington Mutual Bank, F.A. v. David Edwards, Cause No. 2007-01009, in the 270th Judicial District Court of Harris County, Texas, the Hon. Brent Gamble,
presiding.